THE PEOPLE OF THE STATE OF NEW YORK, Appellant, ex rel. JEROME B. HADSELL, Respondent, v. MAURICE TOMPKINS, as Sheriff of Broome County, Appellant.

*People ex rel. Hadsell* v. *Tompkins,* 150 App. Div. 896, affirmed. (Argued June 6, 1912; decided June 29, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 28, 1912, which affirmed an order of the Broome County Court sustaining a writ of habeas corpus and discharging the relator from custody.

*Roger P. Clark* for appellants.

*James W. Osborne* for respondent.

Order affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.